UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY ALAN BENNETT #509793, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3-15-0937 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| WARDEN BRUCE WESTBROOKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 13) to deny Plaintiff's motions for injunctive relief (Docket Entry Nos. 10 and 11). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Plaintiff's motions for injunctive relief (Docket Entry Nos. 10 and 11) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge