```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

COREY ALAN BENNETT #509793,         )
                                    )
        Plaintiff                   )
                                    )       No. 3:15-0937
v.                                  )       Senior Judge Haynes/Brown
                                    )       **Jury Demand**
WARDEN BRUCE WESTBROOKS, *et al.*,  )
                                    )
        Defendants                  )

**TO:    THE HONORABLE WILLIAM J. HAYNES, JR.**

## REPORT AND RECOMMENDATION

The Plaintiff has filed yet another motion for injunctive relief (Docket Entry 32). This motion for injunctive relief was filed while there was a report and recommendation pending (Docket Entry 13) on two earlier motions concerning the same matters (Docket Entries 10 and 11). These motions were filed on October 29, 2015, less than three weeks before the present motion for injunctive relief.

The District Judge has now adopted the Report and Recommendation, denying the motion for an order to transfer the Plaintiff to another prison and for a removal of a camera from the Plaintiff's cell, and for a return of the Plaintiff to another unit (Docket Entry 11).

The Magistrate Judge believes that any grounds for denial of injunctive relief in this motion are fully covered in the earlier Report and Recommendation. Nothing more has been added. This motion for injunctive relief should be denied for the same reasons previously discussed.

## RECOMMENDATION

For the reasons stated above, and in the earlier Report and Recommendations (Docket Entry 13), the Magistrate Judge recommends that this motion be denied.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

**ENTER** this 14th day of December, 2015.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge